IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE DISTRICT OF SOUTH CAROLINA
FLORENCE DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | No.4:11-CR-02161-TLW-5 |
| | ) | |
| vs. | ) | |
| | ) | |
| BETTY KENDRA GRIGGS, | ) | |
| | ) | |

## ORDER TO REDUCE SENTENCE

On February 26, 2015, the Government filed a Motion to Reduce Sentence (Doc. #874) of Defendant, Betty Kendra Griggs, pursuant to Rule 35(b) of the Federal Rules of Criminal Procedure. For the reasons stated below, the Court finds that the Government's motion should be granted.

Defendant was sentenced on July 30, 2012, after she pled guilty to Conspiracy to Possess With Intent to Distribute 28 Grams or More of Crack Cocaine, pursuant to 21 U.S.C. 841 (b)(1)(B). The judgment, filed July 31, 2012, (Doc. #563), committed Defendant to the custody of the United States Bureau of Prisons for seventy-two (72) months. Defendant was recommended for evaluation for drug treatment. The Judgment further ordered that upon her release from the BOP, Defendant is to be placed on Supervised Release for four (4) years with specified conditions.

Subsequent to her original sentencing date, a third party, acting on Ms. Griggs' behalf, provided substantial assistance to the government in the arrest and

1

prosecution of other persons. Specifically, the third party provided information to law enforcement about a methamphetamine cooking operation in progress. Based on that information, agents went to the residence where the suspected methamphetamine cooking operation was taking place, obtained consent to search the residence, and confirmed that an active methamphetamine lab was present and in operation. Agents arrested two (2) individuals, John Stroud and Justin Stroud, who were subsequently indicted with two (2) other co-defendants. John and Justin Stroud pled guilty in federal court on November 19, 2014. See United States of America v. Grooms et. al., 4:14-553 (D.S.C.).

Assistant United States Attorney Matthew McClellan, representing the Government, affirmed in his Motion that he had consulted with the investigating agents who worked on both the Griggs and Stroud cases. These agents affirmed that substantial assistance had been provided on behalf of Defendant Griggs and that Defendant Griggs should be granted a reduction of her sentence.

As noted above, Defendant was originally sentenced to seventy-two (72) months imprisonment. However, Defendant's current release date is December 19, 2015. The new release date is based, in part, on credit for detention before sentencing. In addition, while in prison Defendant qualified for, fully participated in, and completed the Residential Drug Addiction Program (RDAP). Her successful completion of RDAP entitled her to a one-year reduction of her

sentence. In addition to the successful completion of Phase I of the RDAP, Defendant is required to participate in Phase II of the program until her release from the BOP and thereafter, successfully participate in Phase III through a designated drug program at a halfway house. Typically, a participant in the program would complete Phase III of RDAP while at a designated halfway house or alternatively, on house arrest. Defendant Griggs is currently eligible for release to a halfway house on approximately June 22, 2015, and for release on house arrest/home detention, according to the BOP, on June 19, 2015.

The Government proposes that Defendant be granted a reduction of her sentence pursuant to Rule 35(b) for the substantial assistance provided on her behalf by a third party. Since Defendant has approximately three (3) months remaining before she is eligible for both transfer to a halfway house and release on house arrest/home detention, the government proposes that Defendant Griggs be granted a sentence reduction of time served and that she be immediately released from incarceration in the BOP. The Government requests that Defendant Griggs be ordered to complete Phase III of RDAP at the Alston Wilkes Halfway House in Florence, SC, as well as comply with all other conditions imposed by this Court at the time of her original sentencing, while on house arrest/home detention. Defendant Griggs, through her undersigned counsel, Robert L. Hallman, consents to fully comply with all conditions of Phase III of RDAP and to fully comply with

all other conditions of her sentence as set by this Court.

This Court finds that the Government has made a proper showing that Defendant Griggs provided substantial assistance to the government and that Defendant Griggs is entitled to a reduction of her sentence pursuant to Rule 35(b). This Court finds that Defendant Griggs should be resentenced to time served and immediately released from incarceration in the BOP.

IT IS ORDERED that:

A)     Defendant, Betty Kendra Griggs, is granted a reduction of her sentence to time served and is entitled to be immediately released from incarceration in the United States Bureau of Prisons.

B)     Defendant, Betty Kendra Griggs, is placed on house arrest/home detention with such conditions as shall be set by the United States Probation Office during the completion of Phase III of the RDAP.

C)     Defendant, Betty Kendra Griggs, shall be on Supervised Release for a period of four (4) years. She is ordered to report to the United States Probation Office in Florence, SC within seventy-two (72) hours of her release from the BOP.

D)     Defendant, Betty Kendra Griggs, shall fully comply with the Alston Wilkes Halfway House in Florence, SC in the completion of Phase III of the RDAP. This shall be done while on house arrest/home detention.

E)     Defendant, Betty Kendra Griggs, shall fully comply with all provisions of

her sentence and all conditions of her supervised release.

**IT IS SO ORDERED.**

s/Terry L. Wooten
Chief United States District Judge
District of South Carolina

Columbia, South Carolina
March 26, 2015

I So Move :

s/ Robert L. Hallman
Robert L. Hallman
Attorney for Defendant

I Consent :

s/ Matthew D. McClellan
Matthew D. McClellan
Special Assistant U.S. Attorney

5