Prob 12B
(Rev. 06/14 - D/SC)

# United States District Court

for

District of South Carolina

## Request for Modifying the Conditions or Term of Supervision with Consent of the Offender
*(Probation Form 49, Waiver of Hearing is Attached)*

**Name of Offender:** Betty Kendra Griggs     **Case Number:** 4:11CR02161-005

**Name of Sentencing Judicial Officer:** The Honorable Terry L. Wooten, Chief United States District Judge

**Date of Original Sentence:** July 30, 2012

**Original Offense:** Conspiracy to Possess with Intent to Distribute 28 Grams or More of Crack Coaine, in violation of 21 U.S.C. §§ 841(a)(1),(b)(1)(B) and 846.

**Original Sentence:** The defendant was committed to the custody of the Bureau of Prisons for 72 months followed by 48 months' supervised release. The following special conditions were imposed: 1) The defendant shall satisfactorily participate in a substance abuse treatment program, to include drug testing, as approved by the U.S. Probation Office. 2) The defendant shall participate in a vocational training program as approved by the U.S. Probation Office. 3) The defendant shall enroll in and complete an educational program as approved by the U.S. Probation Office, with the objective of obtaining her GED unless already obtained during her period of incarceration; and 4) Pay a $100 special assessment fee (paid in full).

On March 26, 2015, pursuant to the Government's Rule 35(b) motion, the previously imposed term of seventy-two (72) months was reduced to time served. The defendant was granted an immediate release from the Bureau of Prisons to begin the period of supervised release of four (4) years. She was ordered to be placed on house arrest/home detention during the completion of Phase III of RDAP at the Alston Wilkes Halfway House in Florence, SC, as well as comply with all other conditions imposed by the Court at the time of the original sentencing.

**Type of Supervision:** Supervised Release     **Date Supervision Commenced:** March 27, 2015

**Previous Court Action/Notification(s):** None

---

### PETITIONING THE COURT

[ ]  To extend the term of supervision for _____ years, for a total term of _____ years.

[X]  To modify the conditions of supervision as follows:

Prob 12B
(Rev. 06/14 - D/SC)
Page 2

The defendant shall satisfactorily participate in a substance abuse treatment program, to include drug testing, as approved by the U.S. Probation Office. The defendant shall contribute to the costs of such treatment not to exceed an amount determined reasonable by the court approved U.S. Probation Office's Sliding Scale for Services, and shall cooperate in securing any applicable third-party payment, such as insurance or Medicaid.

## CAUSE

This modification is requested due to the defendant not being approved and/or eligible to attend and complete Phase III of the RDAP program (specifically the TDAP program). The TDAP program is only open to offenders under the jurisdiction of the Bureau of Prisons. The U. S. Probation Office will place the defendant in the Intensive Outpatient Program with the Alpha Center in Chesterfield, S.C. The defendant will remain on house arrest/home detention until such time as she successfully completes the program with the Alpha Center.

Respectfully submitted,

By: *[signature]*
Brenda J. Townes
U.S. Probation Officer

Date: April 28, 2015

Reviewed and Approved By:

*[signature]*
Maureen J. Kiney
Supervising U.S. Probation Officer

---

## THE COURT ORDERS:

[ ] The extension of supervision as noted above.

[✓] The modification of conditions as noted above.

[ ] Other

*[signature]*
Terry L. Wooten
Chief United States District Judge

4/30/15
Date